UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
       :
IN RE APPLICATION OF THE NEW    :
YORK TIMES COMPANY IN THE        :
MATTER OF UNITED STATES OF      :
AMERICA v. CHRISTOPHER WADE.  :      24-MC-45 (VSB)
       :
---------------------------------------------------------X      **ORDER**

VERNON S. BRODERICK, United States District Judge:

On January 26, 2024, The New York Times Company (the "New York Times") filed a motion to unseal the docket and all judicial records in *United States v. Christopher Wade*, No. 06-cr-594. (Doc. 1.) Although the United States is not a party to this case, the Court would benefit from hearing the Government's position on the pending motion. Accordingly, it is hereby:

ORDERED that the New York Times shall serve a copy of its motion and this Order on the Criminal Division of the United States Attorney's Office for the Southern District of New York and file proof of service on the docket no later than February 9, 2024.

The Government is directed to contact the Court with its position on the pending motion, including whether any redactions are necessary before unsealing the underlying criminal records, by email at bodericknysdchambers@nysd.uscourts.gov no later than February 23, 2024.

SO ORDERED.

Dated: January 31, 2024
      New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge