UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE APPLICATION OF THE NEW                                :
YORK TIMES COMPANY IN THE                                   :
MATTER OF UNITED STATES OF                                  :
AMERICA v. CHRISTOPHER WADE.                                :   24-MC-45 (VSB)
                                                            :
------------------------------------------------------------X   **ORDER**

VERNON S. BRODERICK, United States District Judge:

  On January 26, 2024, The New York Times Company (the "New York Times") filed a motion to unseal the docket and all judicial records in *United States v. Christopher Wade*, No. 06-cr-594.  (Doc. 1.)  Although Mr. Wade is not a party to this case, the Court would benefit from hearing his position on the pending motion.  Accordingly, it is hereby:

  ORDERED that the New York Times shall serve a copy of its motion and this Order on Mr. Wade and file proof of service on the docket no later than February 9, 2024.  If the New York Times is unable to locate Mr. Wade, it shall submit a letter detailing the efforts it has made to locate him by February 9, 2024.

  To the extent that Mr. Wade would like to contact the Court with his position on the pending motion, he may submit a letter to brodericknysdchambers@nysd.uscourts.gov by March 8, 2024.

SO ORDERED.

Dated: January 31, 2024
   New York, New York

                     */s/ Vernon Broderick*
                     Vernon S. Broderick
                     United States District Judge