IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF UNITED STATES OF AMERICA v. CHRISTOPHER WADE | No. 24 MC 45 (VSB)<br><br>HON. VERNON S. BRODERICK |

### DECLARATION OF DAVID MCCRAW
### REGARDING SERVICE OF UNSEALING MOTION

I, David McCraw, hereby declare under penalty of perjury as follows:

1. I am Deputy General Counsel at The New York Times Company ("The Times"). I submit this declaration pursuant to the Court's Orders of January 31, 2024 (Dkt. Nos. 3 and 4) regarding proof of service of The Times's motion papers seeking the unsealing of judicial documents in *United States v. Christopher Wade*, No. 06-cr-594.

2. As set forth below, service was made by email on the U.S. Attorney's Office and by Federal Express on Mr. Wade. Multiple attempts to serve Mr. Wade by personal delivery have not yet succeeded.

3. At 9:23 a.m. on February 2, 2024, I emailed copies of The Times's notice of motion, memorandum of law, and the Declaration of David McCraw with exhibits (the "Initiating Papers") to Assistant U.S. Attorney Sagar Ravi of the Southern District of New York.

4. At 9:52 a.m. on February 2, 2024, Mr. Ravi acknowledged receipt of the Initiating Papers.

5. Later that day, Assistant U.S. Attorney Jilan Janet Kamal entered an appearance in this action.

1

6. On February 2, 2024, I retained Brian Turner of ATA Process, LLC, 400 N. Ashley Drive, Suite 1900, Tampa, Fl 33602, to effect personal service on Mr. Wade. I provided Mr. Turner with a copy of the Initiating Papers as well as the Court's Order directing service on Mr. Wade. I also included a cover letter (attached), which noted for Mr. Wade how to reach Your Honor by email pursuant to the Court's Order.

7. Because the docket is sealed, we do not have access to the identity of Mr. Wade's counsel or any other docketed information about Mr. Wade's possible whereabouts. Based on research we did online, we believe that he resides in the Boynton Beach, Florida area and has a company there.

8. A process server hired by Mr. Turner attempted on February 6, 2024, to serve the Initiating Papers, the Court's Order, and the cover letter (combined, the "Service Set") at an address that appeared to be Mr. Wade's business, but the company was no longer there.

9. Also, on February 6, 2024, to try to assure service, I sent the Service Set by Federal Express to an address we believed was Mr. Wade's residential address.

10. On the evening of February 6, 2024, the process server attempted to serve in person the Service Set at that same residential address, but the server reported that Mr. Wade was no longer at the address.

11. On February 8, 2024, Mr. Turner said that he had located an address that appeared to be Mr. Wade's new residence. The process server attempted to serve the Service Set at that address but so far has been unsuccessful.

12. On February 9, 2024, Federal Express informed me that Mr. Wade or someone speaking on his behalf told the Federal Express deliverer that the Service Set should be left at a Federal

2

Express location for pickup. Federal Express further informed me that the Service Set had been left at a Walgreens in Delray Beach, Florida.

13. At 12:45 p.m. on February 9, 2024, the Service Set was picked up, according to Federal Express. The proof of delivery is attached hereto.

Dated: February 9, 2024                                      Respectfully submitted,

/s/
David McCraw
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
(212) 556-4031
mccraw@nytimes.com

*Counsel for The New York Times Company*

3



The New York Times Company

David E. McCraw
Senior Vice President
& Deputy General Counsel

T 212 556 4031
mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

February 2, 2024

Mr. Christopher Wade
16 E. Ocean Avenue
Ocean Ridge, FL 33435

Dear Mr. Wade:

Judge Vernon S. Broderick of the Southern District of New York has directed me to serve you with the enclosed papers regarding a motion by The New York Times Company to unseal the documents in your criminal case, No. 06-cr-594. The judge's order is included and provides an email address for contacting his chambers.

Sincerely,

*David McCraw*

David E. McCraw

enclosures

**FedEx**

February 09, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 270679083650

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | FedEx Location |
| Signed for by: | W.ATTERS OWEN RICHARD | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Hold at Location;<br>No Signature Required | | DELRAY BEACH, FL, |
| | | Delivery date: | Feb 9, 2024 12:45 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 270679083650 | Ship Date: | Feb 6, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:

Boynton Beach, FL, US,

Shipper:

Mount Vernon, NY, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx