UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF THE NEW YORK TIMES CO. IN THE MATTER OF UNITED STATES OF AMERICA V. CHRISTOPHER WADE.

No. 24 Misc. 45 (VSB)

NOTICE OF APPEARANCE

    Please take notice that the undersigned, Melissa C. Danzo of Krieger Lewin LLP, hereby enters her appearance as counsel for Christopher Wade in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: October 22, 2024

Respectfully submitted,

/s/ Melissa C. Danzo
Melissa C. Danzo
KRIEGER LEWIN LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9566
Melissa.Danzo@KriegerLewin.com