



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 26, 2025

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *In re Application of the New York Times Company in the Matter of United States v. Christopher Wade*, 24 Misc. 45 (VSB)

Dear Judge Broderick,

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. I am leaving the United States Attorney's Office for the Southern District of New York on March 28, 2025.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

By: _____
    Jilan J. Kamal
    Assistant United States Attorney
    (212) 637-2192

cc:    All Counsel of Record (by ECF)